

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00510-CR

Darrin Lee Mckenzie
v.
The State of Texas

On Appeal from the
443rd District Court of Ellis County, Texas
Trial Court Cause No. 51979CR

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed and affirmed as modified. The Court orders the judgment of the trial court AFFIRMED AND AFFIRMED AS MODIFIED in accordance with its opinion.

We further order this decision certified below for observance.

July 24, 2025